# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>a black Apple iPhone CURRENTLY LOCATED IN the<br>ATF Evidence Vault identified as ATF Item #: 000008 | )<br>)<br>) Case No. 3:19-mj-00512-MMS<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
**Attachment A**

located in the _____ District of _____ Alaska _____, there is now concealed *(identify the person or describe the property to be seized)*:
**Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 9229(g)(1) | Felon in Possession of Firearms and/or Ammunition |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

ATF SA Foreman
*Printed name and title*

Sworn to before me and signed in my presence.

Date: NOV 4, 2019

_____
*Judge's signature*

City and state: ANCHORAGE, AK

MATTHEW M. SCOBLE
U.S. Magistrate Judge
*Printed name and title*